Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−18698−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ramesh Desai
  855 New Dover Road
  Edison, NJ 08820

Social Security No.:
  xxx−xx−1301

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 9, 2025.

Dated: December 9, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-18698-MEH |
| Ramesh Desai | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 09, 2025 | Form ID: plncf13 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ramesh Desai, 855 New Dover Road, Edison, NJ 08820-1806 |
| 520783245 | + | Nayana Desai, 855 New Dover Road, Edison, NJ 08820-1806 |
| 520783246 | + | SBNA, PO Box 961211, Fort Worth, TX 76161-0211 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520783234 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 09 2025 20:56:00 | Allstate, C/O CCS, PO Box 607, Norwood, MA 02062-0607 |
| 520783235 | + | Email/PDF: bncnotices@becket-lee.com | Dec 09 2025 21:01:54 | American Express, POB 981537, El Paso, TX 79998-1537 |
| 520783236 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2025 21:00:39 | Capital One, POB 31293, Salt Lake City, UT 84131-0293 |
| 520791129 | | Email/Text: mrdiscen@discover.com | Dec 09 2025 20:55:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520783237 | + | Email/Text: bankruptcy@cavps.com | Dec 09 2025 20:56:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2563 |
| 520860891 | + | Email/Text: bankruptcy@cavps.com | Dec 09 2025 20:56:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520783238 | + | Email/Text: mrdiscen@discover.com | Dec 09 2025 20:55:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520783239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2025 21:14:24 | Goodyear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520783240 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2025 20:56:00 | Internal Revenue Service, 955 S. Springfield Avenue, Bldg A, Springfield, NJ 07081 |
| 520783241 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 09 2025 21:14:33 | JPMCB Card, POB 15369, Wilmington, DE 19850-5369 |
| 520808977 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 09 2025 20:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520783243 | ^ | MEBN | Dec 09 2025 20:53:39 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: plncf13 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 520783244 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com Dec 09 2025 20:56:00 | | MB Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520862548 | | Email/Text: mtgbk@shellpointmtg.com Dec 09 2025 20:56:00 | | Metropolitan Life Insurance Company, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520827247 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com Dec 09 2025 20:56:00 | | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520794321 | + | Email/Text: ecfbnc@aldridgepite.com Dec 09 2025 20:56:00 | | NewRez LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520783246 | ^ | MEBN Dec 09 2025 20:54:06 | | SBNA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520783248 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Dec 09 2025 20:56:00 | | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 520793403 | + | Email/Text: enotifications@santanderconsumerusa.com Dec 09 2025 20:56:00 | | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 520783247 | ^ | MEBN Dec 09 2025 20:54:07 | | Shellpoint Mortgage Servicing, PO Box 60535, City of Industry, CA 91716-0535 |
| 520863597 | | Email/Text: bankruptcy@mtabt.org Dec 09 2025 20:56:00 | | Triborough Bridge and Tunnel Authority, 2 Broadway, 24th Fl, New York, NY 10004 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520783242 | *+ | JPMCB Card, POB 15369, Wilmington, DE 19850-5369 |
| 520812269 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: plncf13 | Total Noticed: 25 |

Andrew G. Greenberg
    on behalf of Debtor Ramesh Desai a.greenberglawfirm@verizon.net

Denise E. Carlon
    on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4